UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>BENJAMIN CAUBLE,<br><br>        Defendant. | No. CR-09-166-LRS-1<br><br>ORDER GRANTING UNCONTESTED MOTION AND REMOVING CONDITION OF ELECTRONIC MONITORING |

The Defendant, Benjamin Cauble, having brought an Uncontested Motion to Modify Conditions of Release by removing the electronic home monitoring requirement,

**IT IS ORDERED** that the uncontested Motion **(Ct. Rec. 66)** is **GRANTED.** Defendant's release conditions are modified to the extent that the requirement of electronic home monitoring is removed. All other conditions of release shall remain.

DATED June 3, 2010.

                        S/ CYNTHIA IMBROGNO
                    UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING UNCONTESTED MOTION AND
REMOVING CONDITION OF ELECTRONIC MONITORING - 1